No. 1118. STEWART *v.* RAGEN, WARDEN;
No. 1133. LEVANOWICZ *v.* RAGEN, WARDEN;
No. 1134. JABLONSKI *v.* RAGEN, WARDEN;
No. 1135. NAPUE *v.* RAGEN, WARDEN;
No. 1136. BANKS *v.* RAGEN, WARDEN;
No. 1137. HARP *v.* RAGEN, WARDEN;
No. 1142. WOODS *v.* RAGEN, WARDEN;
No. 1153. ANNUZIO *v.* NIERSTHEIMER, WARDEN;
No. 1156. SINGER *v.* RAGEN, WARDEN;
No. 1164. HAINES *v.* NIERSTHEIMER, WARDEN; and
No. 1173. McGREGOR *v.* RAGEN, WARDEN. April 30, 1945. Petitions for writs of certiorari to the Supreme Court of Illinois denied. *Dewey Gooch,* petitioner in No. 615, *pro se. George F. Barrett,* Attorney General of Illinois, and *William C. Wines,* Assistant Attorney General, for respondent in No. 615.

No. 695. DEJORDAN *v.* HUNTER, WARDEN. April 30, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Charles F. DeJordan, pro se. Solicitor General Fahy, Assistant Attorney General Tom C. Clark, Messrs. Robert S. Erdahl* and *Leon Ulman* for respondent.

No. 908. MOSES *v.* JOHNSTON, WARDEN. April 30, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Joseph E. Moses, pro se. Solicitor General Fahy, Assistant Attorney General Tom C. Clark, Messrs. Robert S. Erdahl* and *Leon Ulman* for respondent.

No. 1025. ATOR *v.* ILLINOIS. April 30, 1945. Petition for writ of certiorari to the Supreme Court of Illinois denied.